Puleo, Appellant, *v.* Pennsylvania Public Utility Commission.

Argued November 13, 1964. *Francis A. Barry,* for complainant, appellant; *William A. Goichman,* Assistant Counsel, with him *Joseph C. Bruno,* Chief Counsel, for Pennsylvania Public Utility Commission, appellee; *Robert H. Young,* with him *William E. Zeiter,* and *Morgan, Lewis & Bockius,* for utility company, intervening appellee.

Order affirmed.

Shipley, Appellant, *v.* H. K. Porter Company, Inc.

Argued November 9, 1964. *J. Leonard Solomon,* for claimant, appellant; *J. Wilmer Martin,* for defendant, insurance company, appellee.

Order affirmed.

Staresinic Unemployment Compensation Case.

Argued November 12, 1964. *Emilio P. Fastuca,* for appellant; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

MONTGOMERY, J., dissented.